Commonwealth *v.* Newman, Appellant.

Argued November 14, 1973. *Dante G. Bertani,* Public Defender, for appellant; *M. Lewis,* with him *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.